IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------ :
: CASE NO. 1:13 CV 01854
SARAH PESHEK, *on behalf of* N.R., :
:
Plaintiff, : ORDER ADOPTING THE
: MAGISTRATE JUDGE'S REPORT AND
-vs- : RECOMMENDATION
:
:
COMMISSIONER OF SOCIAL :
SECURITY, :

                    Defendant.
------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

      This matter comes before the Court on United States Magistrate Judge George J. Limbert's Report and Recommendation ("R&R") advising that the Court affirm the ALJ's decision and dismiss the instant case with prejudice. (Doc. 21). No timely objections have been filed. This Court, having reviewed the R&R and found it to be

without error, adopts it as its own.[1]

Therefore, the ALJ's decision is affirmed and this matter is dismissed with prejudice.

IT IS SO ORDERED.

                                        /s/ Lesley Wells
                                 UNITED STATES DISTRICT JUDGE

Date: 4 November 2014

---

[1] Pursuant to 28 U.S.C. § 636(b)(1), this Court makes a de novo determination of those portions of the R&R to which a timely objection is made. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note.